87-3419

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : | |
| : | |
| This Document Relates To: : | CIVIL ACTION NO.  MDL 875 |
| <u>Babcock & Wilcox Co.</u> | |
| Bankrupt Defendant : | |
| MB-1 | |
| ALL ACTIONS : | |
| (See attached schedule for case list) : | |

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 22 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

<u>O R D E R   O F   D I S M I S S A L</u>

DEFENDANT, Babcock & Wilcox Co., having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

MICROFILMED
JUN 22 2000

BY THE COURT

Date: 6/14/00

_____
Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 06/19/00
ATTEST: Nicole Picariello
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - Individual Involvement Summary                                           April 14, 200

Page: 1

Party Babcock & Wilcox Co. is named in the following 1560 action(s).

| | | | | | |
|---|---|---|---|---|---|
| 875-ALN-2-90-1467; | 875-ALN-2-90-2218; | 875-ALN-2-90-2219; | 875-ALN-2-90-2220; | 875-ALN-2-90-2221; | 875-ALN-2-90-2222; |
| 875-ALN-2-90-2223; | 875-ALN-2-90-2224; | 875-ALN-2-90-2226; | 875-ALN-2-90-2227; | 875-ALN-2-90-2228; | 875-ALN-2-90-2229; |
| 875-ALN-2-90-2339; | 875-ALN-2-90-2340; | 875-ALN-2-90-2348; | 875-ALN-2-90-2349; | 875-ALN-2-90-2350; | 875-ALN-2-90-2351; |
| 875-ALN-2-90-2352; | 875-ALN-2-90-2353; | 875-ALN-2-90-2354; | 875-ALN-2-90-2355; | 875-ALN-2-90-2356; | 875-ALN-2-90-2357; |
| 875-ALN-2-90-2358; | 875-ALN-2-90-2360; | 875-ALN-2-90-2361; | 875-ALN-2-90-2362; | 875-ALN-2-90-2391; | 875-ALN-2-90-2406; |
| 875-ALN-2-90-2454; | 875-ALN-2-90-2455; | 875-ALN-2-90-2501; | 875-ALN-2-90-2578; | 875-ALN-2-90-2579; | 875-ALN-2-90-2631; |
| 875-ALN-2-90-2666; | 875-ALN-2-90-2667; | 875-ALN-2-90-2669; | 875-ALN-2-90-2670; | 875-ALN-2-90-2671; | 875-ALN-2-90-2672; |
| 875-ALN-2-90-2673; | 875-ALN-2-90-2674; | 875-ALN-2-90-2675; | 875-ALN-2-90-2676; | 875-ALN-2-90-2677; | 875-ALN-2-90-2678; |
| 875-ALN-2-91-84; | 875-ALN-2-91-197; | 875-ALN-2-93-2577; | 875-ALS-1-87-815; | 875-ALS-1-87-824; | 875-ALS-1-87-825; |
| 875-ALS-1-87-837; | 875-ALS-1-87-851; | 875-ALS-1-87-981; | 875-ALS-1-87-1217; | 875-ARE-2-90-2; | 875-ARE-4-95-542; |
| 875-ARE-4-97-901; | 875-AZ-2-87-2160; | 875-AZ-2-87-2165; | 875-AZ-2-87-2166; | 875-AZ-2-87-2169; | 875-AZ-2-87-2170; |
| 875-AZ-2-87-2171; | 875-AZ-2-87-2172; | 875-AZ-2-87-2173; | 875-AZ-2-87-2175; | 875-AZ-2-87-2176; | 875-AZ-2-87-2177; |
| 875-AZ-2-87-2178; | 875-AZ-2-87-2181; | 875-AZ-2-87-2182; | 875-AZ-2-87-2183; | 875-AZ-2-87-2187; | 875-AZ-2-87-2189; |
| 875-AZ-2-87-2191; | 875-AZ-2-87-2192; | 875-AZ-2-87-2194; | 875-AZ-2-87-2195; | 875-AZ-2-87-2196; | 875-AZ-2-87-2197; |
| 875-AZ-2-87-2198; | 875-AZ-2-87-2199; | 875-AZ-2-87-2200; | 875-AZ-2-87-2202; | 875-AZ-2-87-2203; | 875-AZ-2-87-2206; |
| 875-AZ-2-87-2207; | 875-AZ-2-87-2208; | 875-AZ-2-87-2210; | 875-AZ-2-87-2212; | 875-AZ-2-87-2213; | 875-AZ-2-87-2214; |
| 875-AZ-2-87-2215; | 875-AZ-2-87-2216; | 875-AZ-2-87-2217; | 875-AZ-2-87-2218; | 875-AZ-2-87-2219; | 875-AZ-2-87-2243; |
| 875-AZ-2-87-2244; | 875-AZ-2-87-2246; | 875-AZ-2-87-2247; | 875-AZ-2-87-2249; | 875-AZ-2-87-2250; | 875-AZ-2-87-2251; |
| 875-AZ-2-87-2252; | 875-AZ-2-87-2253; | 875-AZ-2-87-2254; | 875-AZ-2-88-766; | 875-AZ-2-89-210; | 875-AZ-2-91-726; |
| 875-AZ-2-93-784; | 875-AZ-2-94-872; | 875-AZ-2-94-873; | 875-AZ-2-94-874; | 875-AZ-2-94-875; | 875-AZ-3-87-2190; |
| 875-AZ-4-90-413; | 875-AZ-4-97-672; | 875-CAN-3-92-4818; | 875-CAN-3-93-3068; | 875-CAN-3-93-3071; | 875-CAN-3-93-3074; |
| 875-CAN-3-93-3080; | 875-CAN-3-93-3087; | 875-CAN-3-93-3090; | 875-CAN-3-93-3095; | 875-CAN-3-93-3125; | 875-CAN-3-93-3126; |
| 875-CAN-3-93-4373; | 875-CAN-3-93-4374; | 875-CAN-3-93-4375; | 875-CAN-3-93-4376; | 875-CAN-3-93-4378; | 875-CAN-3-93-4379; |
| 875-CAN-3-93-4388; | 875-CAN-3-93-4390; | 875-CAN-3-93-4391; | 875-CAN-3-93-4399; | 875-CAN-3-93-4400; | 875-CAN-3-93-4401; |
| 875-CAN-3-93-4402; | 875-CAN-3-93-4403; | 875-CAN-3-93-4404; | 875-CAN-3-93-4406; | 875-CAN-3-93-4422; | 875-CAN-3-93-4429; |
| 875-CAN-3-93-4430; | 875-CAN-3-93-4432; | 875-CAN-3-93-4433; | 875-CAN-3-93-4443; | 875-CAN-3-93-4444; | 875-CAN-3-93-4452; |
| 875-CAN-3-93-4453; | 875-CAN-3-93-4455; | 875-CAN-3-93-4457; | 875-CAN-3-93-4458; | 875-CAN-3-93-4459; | 875-CAN-3-93-4460; |
| 875-CAN-3-94-345; | 875-CAN-3-94-348; | 875-CAN-3-94-352; | 875-CAN-3-94-379; | 875-CAN-3-94-380; | 875-CAN-3-94-381; |
| 875-CAN-3-94-383; | 875-CAN-3-94-384; | 875-CAN-3-94-397; | 875-CAN-3-94-402; | 875-CAN-3-94-1710; | 875-CAN-3-94-1712; |
| 875-CAN-3-94-1713; | 875-CAN-3-94-1730; | 875-CAN-3-94-1731; | 875-CAN-3-94-1736; | 875-CAN-3-94-1738; | 875-CAN-3-94-1743; |
| 875-CAN-3-94-1759; | 875-CAN-3-94-1761; | 875-CAN-3-94-1762; | 875-CAN-3-94-1764; | 875-CAN-3-94-1767; | 875-CAN-3-94-1769; |
| 875-CAN-3-94-1771; | 875-CAN-3-94-1772; | 875-CAN-3-94-2541; | 875-CAN-3-94-2542; | 875-CAN-3-94-2543; | 875-CAN-3-94-2556; |
| 875-CAN-3-94-2557; | 875-CAN-3-94-2559; | 875-CAN-3-94-2566; | 875-CAN-3-94-2567; | 875-CAN-3-94-2568; | 875-CAN-3-94-2570; |
| 875-CAN-3-94-2574; | 875-CAN-3-94-2593; | 875-CAN-3-94-2594; | 875-CAN-3-94-2595; | 875-CAN-3-94-2596; | 875-CAN-3-94-2601; |
| 875-CAN-3-94-2607; | 875-CAN-3-94-2611; | 875-CAN-3-94-2612; | 875-CAN-3-94-2613; | 875-CAN-3-94-2614; | 875-CAN-3-94-2629; |
| 875-CAN-3-94-2630; | 875-CAN-3-94-2631; | 875-CAN-3-94-2633; | 875-CAN-3-94-4390; | 875-CAN-3-94-4391; | 875-CAN-3-94-4393; |
| 875-CAN-3-94-4394; | 875-CAN-3-94-4397; | 875-CAN-3-94-4398; | 875-CAN-3-94-4399; | 875-CAN-3-94-4402; | 875-CAN-3-94-4405; |
| 875-CAN-3-94-4420; | 875-CAN-3-94-4425; | 875-CAN-3-94-4426; | 875-CAN-3-94-4427; | 875-CAN-3-94-4428; | 875-CAN-3-94-4440; |
| 875-CAN-3-94-4441; | 875-CAN-3-94-4443; | 875-CAN-3-94-4445; | 875-CAN-3-94-4448; | 875-CAN-3-94-4449; | 875-CAN-3-94-4450; |
| 875-CAN-3-95-911; | 875-CAN-3-96-2356; | 875-CAN-3-97-108; | 875-CAN-3-97-112; | 875-CAN-3-97-116; | 875-CAN-3-99-1822; |
| 875-CAN-3-99-2397; | 875-CAN-4-94-1707; | 875-CAN-4-94-1709; | 875-CAN-4-94-1729; | 875-CAN-4-94-1732; | 875-CAN-4-94-1737; |
| 875-CAN-4-94-1739; | 875-CAN-4-94-1742; | 875-CAN-4-94-1760; | 875-CAN-4-94-1768; | 875-CAN-4-94-1773; | 875-CAN-4-94-4403; |
| 875-CAN-4-94-4422; | 875-CAN-4-94-4437; | 875-CAN-4-95-910; | 875-CAN-4-97-104; | 875-CAN-4-97-106; | 875-CAN-4-97-115; |
| 875-CAN-4-98-844; | 875-CAN-4-98-887; | 875-CAN-4-98-915; | 875-CO-1-94-840; | 875-CT-3-94-951; | 875-DC-1-90-562; |
| 875-DC-1-90-1443; | 875-DC-1-91-2892; | 875-FLM-3-94-750; | 875-FLM-8-89-389; | 875-FLS-9-92-6184; | 875-FLS-9-92-6185; |
| 875-FLS-9-92-6189; | 875-FLS-9-92-6194; | 875-FLS-9-92-6196; | 875-FLS-9-92-6201; | 875-FLS-9-92-6204; | 875-FLS-9-92-6205; |
| 875-GAN-1-89-1479; | 875-GAN-1-89-1691; | 875-GAN-1-90-1363; | 875-GAN-1-91-1003; | 875-GAN-1-91-1457; | 875-GAN-1-91-1966; |
| 875-GAN-1-91-2272; | 875-GAN-1-93-114; | 875-GAN-1-95-136; | 875-GAN-1-95-2595; | 875-GAN-1-96-1849; | 875-GAN-1-96-2371; |
| 875-GAS-1-92-166; | 875-HI-1-2000-27; | 875-HI-1-2000-101; | 875-HI-1-92-802; | 875-HI-1-93-256; | 875-HI-1-93-420; |
| 875-HI-1-93-423; | 875-HI-1-93-752; | 875-HI-1-93-753; | 875-HI-1-94-742; | 875-HI-1-94-757; | 875-HI-1-94-857; |
| 875-HI-1-94-968; | 875-HI-1-95-216; | 875-HI-1-95-310; | 875-HI-1-95-792; | 875-HI-1-95-860; | 875-HI-1-95-876; |
| 875-HI-1-95-948; | 875-HI-1-95-1053; | 875-HI-1-96-214; | 875-HI-1-96-294; | 875-HI-1-96-324; | 875-HI-1-97-230; |
| 875-HI-1-97-241; | 875-HI-1-97-743; | 875-HI-1-97-1014; | 875-HI-1-98-62; | 875-HI-1-98-63; | 875-HI-1-98-468; |
| 875-HI-1-98-673; | 875-HI-1-98-688; | 875-HI-1-98-783; | 875-HI-1-98-807; | 875-HI-1-99-261; | 875-HI-1-99-268; |
| 875-HI-1-99-303; | 875-HI-1-99-341; | 875-HI-1-99-825; | 875-IAS-1-92-80006; | 875-IAS-3-89-15; | 875-IAS-4-88-118; |
| 875-IAS-4-88-1367; | 875-IAS-4-90-697; | 875-IAS-4-91-80448; | 875-IAS-4-93-80044; | 875-IAS-4-96-80425; | 875-ID-1-89-4104; |
| 875-ILC-1-88-1203; | 875-ILC-1-90-1038; | 875-ILC-1-90-1121; | 875-ILC-1-90-1122; | 875-ILC-1-90-1123; | 875-ILC-1-90-1124; |
| 875-ILC-1-90-1125; | 875-ILC-1-90-1126; | 875-ILC-1-90-1127; | 875-ILC-1-90-1129; | 875-ILC-1-90-1130; | 875-ILC-1-90-1131; |
| 875-ILC-1-90-1132; | 875-ILC-1-90-1133; | 875-ILC-1-90-1134; | 875-ILC-1-90-1135; | 875-ILC-1-90-1136; | 875-ILC-1-90-1137; |
| 875-ILC-1-90-1138; | 875-ILC-1-90-1140; | 875-ILC-1-90-1148; | 875-ILC-1-90-1150; | 875-ILC-1-90-1151; | 875-ILC-1-90-1153; |
| 875-ILC-1-90-1156; | 875-ILC-2-88-2068; | 875-ILC-2-88-2214; | 875-ILC-2-89-2004; | 875-ILC-2-89-2010; | 875-ILC-2-89-2010; |
| 875-ILC-2-90-2162; | 875-ILC-2-90-2163; | 875-ILC-2-90-2166; | 875-ILC-2-90-2169; | 875-ILC-2-90-2170; | 875-ILC-2-90-2171; |
| 875-ILC-2-90-2174; | 875-ILC-2-90-2175; | 875-ILC-2-90-2180; | 875-ILC-2-90-2188; | 875-ILC-2-90-2189; | 875-ILC-2-90-2190; |
| 875-ILC-2-90-2400; | 875-ILC-2-91-2199; | 875-ILC-3-88-3167; | 875-ILC-3-90-3312; | 875-ILC-4-99-4085; | 875-ILN-1-88-8239; |
| 875-ILN-1-88-10096; | 875-ILN-1-89-653; | 875-ILN-1-90-6375; | 875-ILN-1-90-6381; | 875-ILN-1-97-3043; | 875-ILN-3-89-20169; |
| 875-INS-1-91-604; | 875-INS-1-98-162; | 875-INS-1-98-383; | 875-INS-1-98-680; | 875-INS-1-98-1310; | 875-INS-1-99-1759; |
| 875-INS-2-89-161; | 875-INS-2-99-241; | 875-KS-2-91-2113; | 875-KS-2-91-2118; | 875-KS-2-91-2370; | 875-KS-2-91-2371; |
| 875-KS-2-94-2098; | 875-KS-2-94-2374; | 875-KS-2-95-2175; | 875-KS-6-95-1306; | 875-KYE-0-88-7; | 875-KYE-0-88-16; |
| 875-KYE-0-88-17; | 875-KYE-0-88-105; | 875-KYE-0-89-119; | 875-KYE-6-89-91; | 875-KYW-3-90-27; | 875-KYW-3-90-292; |
| 875-KYW-3-90-483; | 875-KYW-3-99-110; | 875-KYW-3-99-143; | 875-KYW-3-99-321; | 875-LAE-2-96-3119; | 875-LAM-3-90-420; |
| 875-LAM-3-90-711; | 875-LAM-3-92-489; | 875-LAM-3-93-1030; | 875-LAM-3-95-515; | 875-LAM-3-95-548; | 875-LAM-3-95-684; |
| 875-LAM-3-99-504; | 875-LAM-3-99-734; | 875-LAW-1-89-1354; | 875-LAW-2-88-1827; | 875-LAW-2-88-2322; | 875-LAW-2-91-297; |
| 875-LAW-3-89-404; | 875-LAW-5-88-391; | 875-LAW-5-89-94; | 875-LAW-5-89-112; | 875-LAW-5-89-113; | 875-LAW-5-89-723; |

(Babcock & Wilcox Co. Involvement Report Cont'd)

```
875-LAW-5-89-769;      875-LAW-5-89-1362;     875-LAW-5-89-1453;     875-LAW-5-89-1921;     875-LAW-5-90-44;       875-LAW-5-90-204;
875-LAW-5-90-448;      875-LAW-5-90-1411;     875-LAW-5-90-1907;     875-LAW-5-90-2276;     875-LAW-6-88-1551;     875-MA-1-92-12819;
875-MA-1-93-10157;     875-MA-1-93-11229;     875-MA-1-94-10741;     875-MA-1-94-10743;     875-MA-1-94-12339;     875-MD-1-86-2117;
875-MD-1-86-2120;      875-MD-1-86-2123;      875-MD-1-87-992;       875-MD-1-87-993;       875-MD-1-87-3419;      875-MD-1-88-302;
875-MD-1-90-3064;      875-MD-1-91-425;       875-MD-1-91-433;       875-MD-1-91-701;       875-MD-1-93-1194;      875-MD-1-95-3679;
875-MD-1-99-2135;      875-ME-1-94-292;       875-ME-2-95-52;        875-MIE-1-92-10310;    875-MIE-2-88-71635;    875-MIE-2-88-71693;
875-MIE-2-88-71726;    875-MIE-2-88-71807;    875-MIE-2-88-71814;    875-MIE-2-90-71032;    875-MIE-2-90-71050;    875-MIE-2-90-73253;
875-MIE-2-90-73329;    875-MIE-2-90-73739;    875-MIE-2-91-70071;    875-MIE-2-91-70298;    875-MIE-2-91-72132;    875-MIE-2-91-72161;
875-MIE-2-91-73340;    875-MIE-2-91-73709;    875-MIE-2-91-75370;    875-MIE-2-91-75690;    875-MOE-4-89-679;      875-MOE-4-90-41;
875-MOE-4-90-45;       875-MOE-4-90-214;      875-MOE-4-91-513;      875-MOE-4-91-615;      875-MOE-4-94-571;      875-MOW-4-89-289;
875-MOW-4-89-290;      875-MOW-4-89-291;      875-MOW-4-89-682;      875-MOW-4-91-319;      875-MOW-4-91-375;      875-MOW-4-92-252;
875-MSS-1-94-173;      875-MSS-1-94-251;      875-MSS-1-99-164;      875-MSS-3-89-564;      875-MT-1-91-5;         875-MT-1-91-6;
875-MT-1-91-8;         875-MT-1-91-9;         875-MT-1-91-10;        875-MT-1-91-14;        875-MT-1-91-15;        875-MT-1-91-17;
875-MT-1-91-95;        875-NCE-4-97-193;      875-NCE-4-97-194;      875-NCE-4-98-72;       875-NCE-5-97-895;      875-NCE-7-97-222;
875-NCE-7-98-38;       875-NCM-1-95-198;      875-NCM-1-98-1058;     875-NCM-3-94-70;       875-NCW-1-91-13;       875-NCW-3-98-97;
875-NCW-4-96-8;        875-NCW-4-97-354;      875-NCW-4-98-49;       875-ND-3-92-47;        875-ND-3-99-33;        875-ND-4-92-100;
875-ND-4-92-227;       875-NE-8-88-16;        875-NE-8-88-17;        875-NE-8-88-303;       875-NE-8-88-923;       875-NE-8-88-924;
875-NE-8-89-242;       875-NH-1-93-8;         875-NJ-1-95-1954;      875-NJ-1-96-5427;      875-NJ-2-91-909;       875-NJ-2-91-2880;
875-NJ-2-92-1290;      875-NJ-2-92-2590;      875-NJ-2-96-682;       875-NJ-2-96-1588;      875-NJ-2-96-3522;      875-NJ-2-96-4349;
875-NJ-3-89-3536;      875-NJ-3-89-3913;      875-NJ-3-91-5521;      875-NV-2-88-519;       875-NV-2-88-816;       875-NV-2-88-818;
875-NV-2-89-3;         875-NV-2-89-425;       875-NV-2-89-427;       875-NV-2-89-429;       875-NV-2-89-491;       875-NV-2-89-514;
875-NV-2-93-1114;      875-NV-2-94-1123;      875-NV-2-99-837;       875-NV-2-99-1584;      875-NV-2-99-1651;      875-NYE-0-92-5419;
875-NYE-1-89-1932;     875-NYE-1-89-1933;     875-NYE-1-89-1934;     875-NYE-1-89-1941;     875-NYE-1-89-1945;     875-NYE-1-89-1953;
875-NYE-1-89-1954;     875-NYE-1-89-2470;     875-NYE-1-90-2196;     875-NYE-1-90-2197;     875-NYE-1-90-2204;     875-NYE-1-90-2206;
875-NYE-1-90-2208;     875-NYE-1-90-2211;     875-NYE-1-90-2218;     875-NYE-1-90-2219;     875-NYE-1-90-2220;     875-NYE-1-90-2222;
875-NYE-1-90-2223;     875-NYE-1-90-2224;     875-NYE-1-90-2228;     875-NYE-1-90-2232;     875-NYE-1-90-2233;     875-NYE-1-90-2236;
875-NYE-1-90-2237;     875-NYE-1-90-2239;     875-NYE-1-90-2244;     875-NYE-1-90-2248;     875-NYE-1-90-2251;     875-NYE-1-90-2273;
875-NYE-1-90-2279;     875-NYE-1-90-2420;     875-NYE-1-90-2424;     875-NYE-1-90-2432;     875-NYE-1-90-2434;     875-NYE-1-90-2436;
875-NYE-1-90-2437;     875-NYE-1-90-2438;     875-NYE-1-90-2439;     875-NYE-1-90-2440;     875-NYE-1-90-2442;     875-NYE-1-90-2444;
875-NYE-1-90-2445;     875-NYE-1-90-2447;     875-NYE-1-90-2449;     875-NYE-1-90-2451;     875-NYE-1-90-2452;     875-NYE-1-90-2457;
875-NYE-1-90-2458;     875-NYE-1-90-2459;     875-NYE-1-90-2460;     875-NYE-1-90-2461;     875-NYE-1-90-2463;     875-NYE-1-90-2466;
875-NYE-1-90-2467;     875-NYE-1-90-2468;     875-NYE-1-90-2469;     875-NYE-1-90-2483;     875-NYE-1-90-2485;     875-NYE-1-90-2486;
875-NYE-1-90-2487;     875-NYE-1-90-2489;     875-NYE-1-90-2491;     875-NYE-1-90-2807;     875-NYE-1-90-2808;     875-NYE-1-90-2809;
875-NYE-1-90-2810;     875-NYE-1-90-2811;     875-NYE-1-90-2813;     875-NYE-1-90-2814;     875-NYE-1-90-2815;     875-NYE-1-90-2824;
875-NYE-1-91-1409;     875-NYE-1-91-1410;     875-NYE-1-91-1411;     875-NYN-1-87-871;      875-NYN-1-87-874;      875-NYN-1-87-875;
875-NYN-1-87-876;      875-NYN-1-87-882;      875-NYN-1-87-1021;     875-NYN-1-87-1023;     875-NYN-1-87-1024;     875-NYN-1-87-1037;
875-NYN-1-87-1047;     875-NYN-1-87-1090;     875-NYN-1-87-1109;     875-NYN-1-87-1111;     875-NYN-1-88-614;      875-NYN-1-88-870;
875-NYN-1-89-395;      875-NYN-1-89-398;      875-NYN-1-89-400;      875-NYN-1-89-402;      875-NYN-1-89-403;      875-NYN-1-89-407;
875-NYN-1-89-408;      875-NYN-1-89-409;      875-NYN-1-89-413;      875-NYN-1-89-416;      875-NYN-1-89-417;      875-NYN-1-89-418;
875-NYN-1-89-419;      875-NYN-1-89-420;      875-NYN-1-89-421;      875-NYN-1-89-422;      875-NYN-1-89-423;      875-NYN-1-89-426;
875-NYN-1-89-427;      875-NYN-1-89-430;      875-NYN-1-89-431;      875-NYN-1-89-432;      875-NYN-1-89-873;      875-NYN-1-89-1100;
875-NYN-1-89-1127;     875-NYN-1-89-1376;     875-NYN-1-89-1381;     875-NYN-1-89-1383;     875-NYN-1-90-398;      875-NYN-1-90-399;
875-NYN-1-90-401;      875-NYN-1-90-402;      875-NYN-1-90-403;      875-NYN-1-90-404;      875-NYN-1-90-406;      875-NYN-1-90-798;
875-NYN-1-90-1368;     875-NYS-1-87-4482;     875-NYS-1-87-4569;     875-NYS-1-87-4824;     875-NYS-1-88-2013;     875-NYS-1-88-2016;
875-NYS-1-88-2017;     875-NYS-1-88-2019;     875-NYS-1-88-2171;     875-NYS-1-88-2174;     875-NYS-1-88-2175;     875-NYS-1-88-2408;
875-NYS-1-88-2409;     875-NYS-1-88-2410;     875-NYS-1-88-2415;     875-NYS-1-88-2418;     875-NYS-1-88-2420;     875-NYS-1-88-2421;
875-NYS-1-88-2423;     875-NYS-1-88-2424;     875-NYS-1-88-2728;     875-NYS-1-88-2953;     875-NYS-1-88-2958;     875-NYS-1-88-3308;
875-NYS-1-88-3330;     875-NYS-1-88-3878;     875-NYS-1-88-4187;     875-NYS-1-88-4189;     875-NYS-1-88-4191;     875-NYS-1-88-4192;
875-NYS-1-88-4193;     875-NYS-1-88-4195;     875-NYS-1-88-4939;     875-NYS-1-88-4950;     875-NYS-1-88-5372;     875-NYS-1-88-5568;
875-NYS-1-88-5588;     875-NYS-1-88-5593;     875-NYS-1-88-5596;     875-NYS-1-88-5597;     875-NYS-1-88-5598;     875-NYS-1-88-5603;
875-NYS-1-88-6356;     875-NYS-1-88-6357;     875-NYS-1-88-6369;     875-NYS-1-88-6371;     875-NYS-1-88-6372;     875-NYS-1-88-6375;
875-NYS-1-88-6668;     875-NYS-1-88-6675;     875-NYS-1-88-6677;     875-NYS-1-88-6681;     875-NYS-1-88-6687;     875-NYS-1-88-6688;
875-NYS-1-88-6702;     875-NYS-1-88-6706;     875-NYS-1-88-6710;     875-NYS-1-88-6711;     875-NYS-1-88-6713;     875-NYS-1-88-6716;
875-NYS-1-88-6718;     875-NYS-1-88-6722;     875-NYS-1-88-6724;     875-NYS-1-88-6725;     875-NYS-1-88-6726;     875-NYS-1-88-6731;
875-NYS-1-88-6735;     875-NYS-1-88-6737;     875-NYS-1-88-6744;     875-NYS-1-88-6746;     875-NYS-1-88-6750;
875-NYS-1-88-6755;     875-NYS-1-88-6758;     875-NYS-1-88-6766;     875-NYS-1-88-6770;     875-NYS-1-88-6771;     875-NYS-1-88-6775;
875-NYS-1-88-6777;     875-NYS-1-88-6779;     875-NYS-1-88-6791;     875-NYS-1-88-6801;     875-NYS-1-88-6802;     875-NYS-1-88-6805;
875-NYS-1-88-6811;     875-NYS-1-88-6815;     875-NYS-1-88-6841;     875-NYS-1-88-6843;     875-NYS-1-88-6844;     875-NYS-1-88-6848;
875-NYS-1-88-6849;     875-NYS-1-88-6850;     875-NYS-1-88-6857;     875-NYS-1-88-6858;     875-NYS-1-88-6863;     875-NYS-1-88-6868;
875-NYS-1-88-6871;     875-NYS-1-88-6872;     875-NYS-1-88-6873;     875-NYS-1-88-6874;     875-NYS-1-88-6875;     875-NYS-1-88-6878;
875-NYS-1-88-6880;     875-NYS-1-88-6884;     875-NYS-1-88-6885;     875-NYS-1-88-6906;     875-NYS-1-88-6908;     875-NYS-1-88-6909;
875-NYS-1-88-6910;     875-NYS-1-88-6913;     875-NYS-1-88-6914;     875-NYS-1-88-6915;     875-NYS-1-88-6918;     875-NYS-1-88-6920;
875-NYS-1-88-6922;     875-NYS-1-88-6923;     875-NYS-1-88-6924;     875-NYS-1-88-6926;     875-NYS-1-88-6928;     875-NYS-1-88-6932;
875-NYS-1-88-6933;     875-NYS-1-88-6935;     875-NYS-1-88-6937;     875-NYS-1-88-6938;     875-NYS-1-88-6940;     875-NYS-1-88-6943;
875-NYS-1-88-6946;     875-NYS-1-88-6947;     875-NYS-1-88-6949;     875-NYS-1-88-6950;     875-NYS-1-88-6951;     875-NYS-1-88-6952;
875-NYS-1-88-6953;     875-NYS-1-88-6969;     875-NYS-1-88-6972;     875-NYS-1-88-6973;     875-NYS-1-88-7265;     875-NYS-1-88-7270;
875-NYS-1-88-7291;     875-NYS-1-88-7295;     875-NYS-1-88-7296;     875-NYS-1-88-7297;     875-NYS-1-88-7299;     875-NYS-1-88-7300;
875-NYS-1-88-7302;     875-NYS-1-88-7420;     875-NYS-1-88-7427;     875-NYS-1-88-7445;     875-NYS-1-88-7446;     875-NYS-1-88-7450;
875-NYS-1-88-7689;     875-NYS-1-88-7858;     875-NYS-1-88-7866;     875-NYS-1-88-7867;     875-NYS-1-88-7868;     875-NYS-1-88-7870;
875-NYS-1-88-7891;     875-NYS-1-88-7950;     875-NYS-1-88-8135;     875-NYS-1-88-8136;     875-NYS-1-88-8137;     875-NYS-1-88-8139;
875-NYS-1-88-8141;     875-NYS-1-88-8142;     875-NYS-1-88-8144;     875-NYS-1-88-8249;     875-NYS-1-88-8271;     875-NYS-1-88-8278;
875-NYS-1-88-8281;     875-NYS-1-88-8284;     875-NYS-1-88-8285;     875-NYS-1-88-8287;     875-NYS-1-88-8288;     875-NYS-1-88-8289;
875-NYS-1-88-8290;     875-NYS-1-88-8291;     875-NYS-1-88-8293;     875-NYS-1-88-8365;     875-NYS-1-88-8877;     875-NYS-1-88-8889;
875-NYS-1-88-8891;     875-NYS-1-88-8892;     875-NYS-1-88-8901;     875-NYS-1-88-8905;     875-NYS-1-88-8908;     875-NYS-1-89-347;
875-NYS-1-89-429;      875-NYS-1-89-430;      875-NYS-1-89-432;      875-NYS-1-89-437;      875-NYS-1-89-443;      875-NYS-1-89-446;
875-NYS-1-89-451;      875-NYS-1-89-588;      875-NYS-1-89-755;      875-NYS-1-89-849;      875-NYS-1-89-1047;     875-NYS-1-89-1062;
```

(Babcock & Wilcox Co. Involvement Report Cont'd)

```
875-NYS-1-89-1063;   875-NYS-1-89-1066;   875-NYS-1-89-1067;   875-NYS-1-89-1068;   875-NYS-1-89-1072;   875-NYS-1-89-1074;
875-NYS-1-89-1076;   875-NYS-1-89-1077;   875-NYS-1-89-1078;   875-NYS-1-89-1079;   875-NYS-1-89-1080;   875-NYS-1-89-1081;
875-NYS-1-89-1084;   875-NYS-1-89-1085;   875-NYS-1-89-1727;   875-NYS-1-89-1733;   875-NYS-1-89-1736;   875-NYS-1-89-1747;
875-NYS-1-89-1751;   875-NYS-1-89-1753;   875-NYS-1-89-2444;   875-NYS-1-89-2447;   875-NYS-1-89-2454;   875-NYS-1-89-2456;
875-NYS-1-89-2463;   875-NYS-1-89-2468;   875-NYS-1-89-2469;   875-NYS-1-89-3458;   875-NYS-1-89-3459;   875-NYS-1-89-3463;
875-NYS-1-89-3466;   875-NYS-1-89-3468;   875-NYS-1-89-3469;   875-NYS-1-89-3470;   875-NYS-1-89-3474;   875-NYS-1-89-3475;
875-NYS-1-89-3477;   875-NYS-1-89-3479;   875-NYS-1-89-3480;   875-NYS-1-89-3481;   875-NYS-1-89-3482;   875-NYS-1-89-3483;
875-NYS-1-89-4266;   875-NYS-1-89-4269;   875-NYS-1-89-4273;   875-NYS-1-89-4274;   875-NYS-1-89-4276;   875-NYS-1-89-4278;
875-NYS-1-89-4279;   875-NYS-1-89-4281;   875-NYS-1-89-4282;   875-NYS-1-89-4793;   875-NYS-1-89-4804;   875-NYS-1-89-4805;
875-NYS-1-89-4806;   875-NYS-1-89-4808;   875-NYS-1-89-4813;   875-NYS-1-89-4815;   875-NYS-1-89-4820;   875-NYS-1-89-4822;
875-NYS-1-89-4824;   875-NYS-1-89-4827;   875-NYS-1-89-5405;   875-NYS-1-89-5409;   875-NYS-1-89-5412;   875-NYS-1-89-5413;
875-NYS-1-89-5417;   875-NYS-1-89-5418;   875-NYS-1-89-5478;   875-NYS-1-89-5577;   875-NYS-1-89-5579;   875-NYS-1-89-5580;
875-NYS-1-89-5581;   875-NYS-1-89-5585;   875-NYS-1-89-5724;   875-NYS-1-89-5885;   875-NYS-1-89-6449;   875-NYS-1-89-6450;
875-NYS-1-89-6452;   875-NYS-1-89-6454;   875-NYS-1-89-6455;   875-NYS-1-89-6456;   875-NYS-1-89-6459;   875-NYS-1-89-6461;
875-NYS-1-89-6463;   875-NYS-1-89-6464;   875-NYS-1-89-6786;   875-NYS-1-89-6787;   875-NYS-1-89-6790;   875-NYS-1-89-6839;
875-NYS-1-89-6840;   875-NYS-1-89-6843;   875-NYS-1-89-6845;   875-NYS-1-89-6852;   875-NYS-1-89-6868;   875-NYS-1-89-6869;
875-NYS-1-89-6874;   875-NYS-1-89-6875;   875-NYS-1-89-6876;   875-NYS-1-89-6879;   875-NYS-1-89-6885;   875-NYS-1-89-6887;
875-NYS-1-89-6888;   875-NYS-1-89-6889;   875-NYS-1-89-7130;   875-NYS-1-89-7584;   875-NYS-1-89-7590;   875-NYS-1-89-7592;
875-NYS-1-89-7593;   875-NYS-1-89-7594;   875-NYS-1-89-7603;   875-NYS-1-89-7604;   875-NYS-1-89-7606;   875-NYS-1-89-8287;
875-NYS-1-89-8288;   875-NYS-1-89-8291;   875-NYS-1-89-8292;   875-NYS-1-89-8293;   875-NYS-1-89-8294;   875-NYS-1-89-8297;
875-NYS-1-89-8298;   875-NYS-1-89-8299;   875-NYS-1-89-8301;   875-NYS-1-89-8303;   875-NYS-1-89-8304;   875-NYS-1-89-8306;
875-NYS-1-89-8307;   875-NYS-1-89-8308;   875-NYS-1-89-8309;   875-NYS-1-89-8476;   875-NYS-1-89-8927;   875-NYS-1-90-354;
875-NYS-1-90-355;    875-NYS-1-90-356;    875-NYS-1-90-357;    875-NYS-1-90-358;    875-NYS-1-90-359;    875-NYS-1-90-360;
875-NYS-1-90-362;    875-NYS-1-90-363;    875-NYS-1-90-462;    875-NYS-1-90-1149;   875-NYS-1-90-1150;   875-NYS-1-90-1151;
875-NYS-1-90-1152;   875-NYS-1-90-1153;   875-NYS-1-90-1154;   875-NYS-1-90-1155;   875-NYS-1-90-1156;   875-NYS-1-90-1157;
875-NYS-1-90-1160;   875-NYS-1-90-1161;   875-NYS-1-90-1162;   875-NYS-1-90-1163;   875-NYS-1-90-1164;   875-NYS-1-90-1642;
875-NYS-1-90-1643;   875-NYS-1-90-1647;   875-NYS-1-90-1648;   875-NYS-1-90-1649;   875-NYS-1-90-1650;   875-NYS-1-90-1651;
875-NYS-1-90-1652;   875-NYS-1-90-1654;   875-NYS-1-90-1655;   875-NYS-1-90-1658;   875-NYS-1-90-2479;   875-NYS-1-90-2683;
875-NYS-1-90-3113;   875-NYS-1-90-3118;   875-NYS-1-90-3119;   875-NYS-1-90-3120;   875-NYS-1-90-3122;   875-NYS-1-90-3127;
875-NYS-1-90-3128;   875-NYS-1-90-3129;   875-NYS-1-90-3130;   875-NYS-1-90-3131;   875-NYS-1-90-3134;   875-NYS-1-90-3138;
875-NYS-1-90-3139;   875-NYS-1-90-3142;   875-NYS-1-90-3143;   875-NYS-1-90-3145;   875-NYS-1-90-3170;   875-NYS-1-90-3727;
875-NYS-1-90-3729;   875-NYS-1-90-3730;   875-NYS-1-90-3732;   875-NYS-1-90-3733;   875-NYS-1-90-3734;   875-NYS-1-90-3737;
875-NYS-1-90-3738;   875-NYS-1-90-3739;   875-NYS-1-90-3742;   875-NYS-1-90-4033;   875-NYS-1-90-4035;   875-NYS-1-90-4036;
875-NYS-1-90-4038;   875-NYS-1-90-4040;   875-NYS-1-90-4041;   875-NYS-1-90-4042;   875-NYS-1-90-4043;   875-NYS-1-90-4327;
875-NYS-1-90-4373;   875-NYS-1-90-4685;   875-NYS-1-90-4687;   875-NYS-1-90-5109;   875-NYS-1-90-5110;
875-NYS-1-90-5111;   875-NYS-1-90-5114;   875-NYS-1-90-5377;   875-NYS-1-90-5552;   875-NYS-1-90-5681;   875-NYS-1-90-5684;
875-NYS-1-90-5685;   875-NYS-1-90-6873;   875-NYS-1-90-6874;   875-NYS-1-90-6875;   875-NYS-1-90-6876;   875-NYS-1-90-6877;
875-NYS-1-90-6878;   875-NYS-1-90-6879;   875-NYS-1-90-6884;   875-NYS-1-90-6885;   875-NYS-1-90-8098;   875-NYS-1-90-8101;
875-NYS-1-90-8108;   875-NYS-1-90-8109;   875-NYS-1-90-8110;   875-NYS-1-90-8112;   875-NYS-1-90-8113;   875-NYS-1-91-321;
875-NYS-1-91-2549;   875-NYS-1-91-3999;   875-NYS-1-91-4000;   875-NYS-1-91-4001;   875-NYS-1-91-4034;   875-NYS-1-91-4107;
875-NYS-1-91-4672;   875-NYS-1-91-4675;   875-NYS-1-91-5490;   875-NYS-1-91-5491;   875-NYS-1-91-5492;   875-NYS-1-91-5710;
875-NYS-1-92-1074;   875-NYS-1-93-4485;   875-NYS-1-96-5006;   875-NYS-1-96-5445;   875-NYS-1-97-332;    875-NYW-6-89-1240;
875-NYW-6-90-346;    875-NYW-6-90-347;    875-NYW-6-90-348;    875-NYW-6-90-349;    875-NYW-6-90-350;    875-NYW-6-90-351;
875-NYW-6-90-352;    875-NYW-6-90-428;    875-NYW-6-90-429;    875-NYW-6-90-431;    875-NYW-6-90-432;    875-NYW-6-90-434;
875-NYW-6-90-435;    875-NYW-6-90-436;    875-NYW-6-91-6004;   875-NYW-6-91-6007;   875-NYW-6-91-6331;   875-OHN-1-89-10920;
875-OHN-1-90-10786;  875-OHN-1-90-10787;  875-OHN-1-90-10789;  875-OHN-1-94-11237;  875-OHN-1-94-11531;  875-OHN-1-94-11801;
875-OHN-1-94-13251;  875-OHN-1-94-13727;  875-OHN-1-96-20017;  875-OHS-1-91-469;    875-OKN-4-88-139;    875-OKN-4-88-943;
875-OKN-4-88-960;    875-OKN-4-88-1194;   875-OKN-4-88-1388;   875-OKN-4-98-938;    875-OKW-5-90-952;    875-OKW-5-90-994;
875-OKW-5-91-278;    875-OKW-5-94-2002;   875-OKW-5-95-270;    875-OR-3-99-223;     875-PAE-2-99-3359;   875-PR-4-91-2213;
875-RI-1-92-334;     875-SC-0-98-613;     875-SC-1-95-558;     875-SC-2-98-1120;    875-SC-3-88-2092;    875-SC-3-88-2351;
875-SC-3-89-1976;    875-SC-3-89-2089;    875-SC-6-98-866;     875-SC-7-98-257;     875-SC-8-98-1160;    875-SC-8-98-1236;
875-SD-4-95-4228;    875-TNE-1-91-267;    875-TNE-1-96-174;    875-TNE-1-99-70;     875-TNW-2-88-2928;   875-TNW-2-89-2141;
875-TNW-2-90-2067;   875-TNW-2-91-2348;   875-TNW-2-95-2590;   875-TXE-1-85-1321;   875-TXE-1-85-1375;   875-TXE-1-85-1428;
875-TXE-1-85-1451;   875-TXE-1-85-1500;   875-TXE-1-85-1508;   875-TXE-1-85-1511;   875-TXE-1-85-1680;   875-TXE-1-86-1424;
875-TXE-1-86-1481;   875-TXE-1-87-312;    875-TXE-1-87-500;    875-TXE-1-87-887;    875-TXE-1-87-888;    875-TXE-1-87-889;
875-TXE-1-87-890;    875-TXE-1-87-904;    875-TXE-1-87-905;    875-TXE-1-87-914;    875-TXE-1-87-915;    875-TXE-1-87-916;
875-TXE-1-87-917;    875-TXE-1-87-923;    875-TXE-1-87-924;    875-TXE-1-87-932;    875-TXE-1-87-933;    875-TXE-1-87-934;
875-TXE-1-87-935;    875-TXE-1-87-936;    875-TXE-1-87-937;    875-TXE-1-87-962;    875-TXE-1-87-963;    875-TXE-1-87-964;
875-TXE-1-87-1001;   875-TXE-1-87-1012;   875-TXE-1-87-1013;   875-TXE-1-87-1014;   875-TXE-1-87-1015;   875-TXE-1-87-1016;
875-TXE-1-87-1018;   875-TXE-1-87-1019;   875-TXE-1-87-1020;   875-TXE-1-87-1021;   875-TXE-1-87-1040;   875-TXE-1-87-1060;
875-TXE-1-87-1071;   875-TXE-1-87-1079;   875-TXE-1-87-1102;   875-TXE-1-87-1103;   875-TXE-1-87-1104;   875-TXE-1-87-1105;
875-TXE-1-87-1106;   875-TXE-1-87-1117;   875-TXE-1-87-1118;   875-TXE-1-87-1130;   875-TXE-1-87-1135;   875-TXE-1-87-1168;
875-TXE-1-87-1169;   875-TXE-1-87-1170;   875-TXE-1-87-1171;   875-TXE-1-87-1172;   875-TXE-1-87-1173;   875-TXE-1-87-1200;
875-TXE-1-87-1207;   875-TXE-1-87-1210;   875-TXE-1-87-1211;   875-TXE-1-88-251;    875-TXE-1-88-265;    875-TXE-1-88-305;
875-TXE-1-88-307;    875-TXE-1-88-333;    875-TXE-1-88-354;    875-TXE-1-88-412;    875-TXE-1-88-416;    875-TXE-1-88-438;
875-TXE-1-88-586;    875-TXE-1-88-594;    875-TXE-1-88-596;    875-TXE-1-88-619;    875-TXE-1-88-629;    875-TXE-1-88-667;
875-TXE-1-88-671;    875-TXE-1-88-703;    875-TXE-1-88-779;    875-TXE-1-88-793;    875-TXE-1-88-818;    875-TXE-1-88-827;
875-TXE-1-88-884;    875-TXE-1-88-885;    875-TXE-1-88-917;    875-TXE-1-88-921;    875-TXE-1-88-923;    875-TXE-1-88-946;
875-TXE-1-88-948;    875-TXE-1-88-983;    875-TXE-1-88-992;    875-TXE-1-88-994;    875-TXE-1-88-998;    875-TXE-1-88-1010;
875-TXE-1-88-1084;   875-TXE-1-88-1090;   875-TXE-1-88-1140;   875-TXE-1-89-623;    875-TXE-1-90-5000;   875-TXE-1-91-805;
875-TXE-2-96-142;    875-TXE-5-98-11;     875-TXE-5-98-12;     875-TXE-5-98-33;     875-TXE-5-98-34;
875-TXE-5-98-35;     875-TXE-5-98-36;     875-TXE-5-98-37;     875-TXE-5-98-38;     875-TXE-5-98-40;     875-TXE-5-98-41;
875-TXE-5-98-42;     875-TXS-1-90-136;    875-TXS-1-90-168;    875-TXS-2-91-94;     875-TXS-2-91-135;    875-TXS-2-91-156;
875-TXS-2-92-45;     875-TXS-3-88-5;      875-TXS-3-88-422;    875-TXS-3-88-947;    875-TXS-3-90-39;     875-TXS-4-88-1257;
875-TXS-4-90-2362;   875-TXS-4-92-1061;   875-TXS-6-90-27;     875-TXS-6-92-9;      875-TXS-7-90-190;    875-TXW-1-90-460;
875-TXW-1-90-781;    875-TXW-1-98-30;     875-TXW-3-90-257;    875-TXW-3-90-258;    875-TXW-3-90-262;    875-TXW-6-90-318;
```

(Babcock & Wilcox Co. Involvement Report Cont'd)

| | | | | | |
|---|---|---|---|---|---|
| 875-UT-2-91-638; | 875-VAE-2-92-846; | 875-VAE-2-92-850; | 875-VAE-2-92-851; | 875-VAE-2-92-852; | 875-VAE-2-92-856; |
| 875-VAE-2-92-859; | 875-VAE-2-92-860; | 875-VAE-2-92-861; | 875-VAE-2-92-863; | 875-VAE-2-92-864; | 875-VAE-2-92-865; |
| 875-VAE-2-92-867; | 875-VAE-2-92-870; | 875-VAE-2-92-871; | 875-VAE-2-92-874; | 875-VAE-2-92-875; | 875-VAE-2-92-880; |
| 875-VAE-2-92-883; | 875-VAE-2-92-884; | 875-VAE-2-92-886; | 875-VAE-2-92-887; | 875-VAE-2-92-891; | 875-VAE-2-92-893; |
| 875-VAE-2-92-894; | 875-VAE-2-92-895; | 875-VAE-2-92-897; | 875-VAE-2-92-902; | 875-VAE-2-92-905; | 875-VAE-2-92-908; |
| 875-VAE-2-92-909; | 875-VAE-2-92-913; | 875-VAE-2-92-914; | 875-VAE-2-92-915; | 875-VAE-2-92-916; | 875-VAE-2-92-917; |
| 875-VAE-2-92-922; | 875-VAE-2-92-924; | 875-VAE-2-92-926; | 875-VAE-2-92-927; | 875-VAE-2-92-931; | 875-VAE-2-92-934; |
| 875-VAE-2-92-940; | 875-VAE-2-92-941; | 875-VAE-2-92-943; | 875-VAE-2-92-946; | 875-VAE-2-92-951; | 875-VAE-2-92-954; |
| 875-VAE-2-92-955; | 875-VAE-2-92-962; | 875-VAE-2-93-80; | 875-VAE-2-93-529; | 875-VAE-2-93-532; | 875-VAE-2-93-536; |
| 875-VAE-2-93-540; | 875-VAE-2-93-606; | 875-VAE-2-93-1014; | 875-VAE-2-94-198; | 875-VAE-2-94-242; | 875-VAE-2-94-245; |
| 875-VAE-2-94-246; | 875-VAE-2-94-248; | 875-VAE-2-94-310; | 875-VAE-2-94-318; | 875-VAE-2-94-352; | 875-VAE-2-94-369; |
| 875-VAE-2-94-370; | 875-VAE-2-94-374; | 875-VAE-2-94-375; | 875-VAE-2-94-386; | 875-VAE-2-94-388; | 875-VAE-2-94-402; |
| 875-VAE-2-94-422; | 875-VAE-2-94-429; | 875-VAE-2-94-445; | 875-VAE-2-95-1042; | 875-VAE-2-95-1074; | 875-VAE-2-95-1076; |
| 875-VAE-2-96-94; | 875-VAE-2-96-143; | 875-VAE-2-96-161; | 875-VAE-2-96-170; | 875-VAE-2-96-447; | 875-VAE-2-97-140; |
| 875-VAE-2-97-156; | 875-VAE-2-97-170; | 875-VAE-2-97-251; | 875-VAE-2-97-327; | 875-VAE-2-97-329; | 875-VAE-2-97-344; |
| 875-VAE-2-97-493; | 875-VAE-2-97-561; | 875-VAE-2-97-594; | 875-VAE-2-97-605; | 875-VAE-2-97-709; | 875-VAE-2-97-727; |
| 875-VAE-2-97-783; | 875-VAE-2-97-785; | 875-VAE-2-97-811; | 875-VAE-2-97-866; | 875-VAE-2-97-955; | 875-VAE-2-97-966; |
| 875-VAE-2-97-1044; | 875-VAE-2-97-1048; | 875-VAE-2-97-1053; | 875-VAE-2-97-1111; | 875-VAE-2-97-1122; | 875-VAE-2-97-1142; |
| 875-VAE-2-97-1204; | 875-VAE-2-98-12; | 875-VAE-2-98-31; | 875-VAE-2-98-46; | 875-VAE-2-98-54; | 875-VAE-2-98-64; |
| 875-VAE-2-98-81; | 875-VAE-2-98-103; | 875-VAE-2-98-109; | 875-VAE-2-98-147; | 875-VAE-2-98-153; | 875-VAE-2-98-157; |
| 875-VAE-2-98-164; | 875-VAE-2-98-172; | 875-VAE-2-98-176; | 875-VAE-2-98-177; | 875-VAE-2-98-189; | 875-VAE-2-98-191; |
| 875-VAE-2-98-209; | 875-VAE-2-98-211; | 875-VAE-2-98-230; | 875-VAE-2-98-231; | 875-VAE-2-98-234; | 875-VAE-2-98-242; |
| 875-VAE-2-98-244; | 875-VAE-2-98-251; | 875-VAE-2-98-252; | 875-VAE-2-98-253; | 875-VAE-2-98-314; | 875-VAE-2-98-347; |
| 875-VAE-2-98-351; | 875-VAE-2-98-353; | 875-VAE-2-98-354; | 875-VAE-2-98-357; | 875-VAE-2-98-358; | 875-VAE-2-98-360; |
| 875-VAE-2-98-385; | 875-VAE-2-98-386; | 875-VAE-2-98-388; | 875-VAE-2-98-392; | 875-VAE-2-98-395; | 875-VAE-2-98-397; |
| 875-VAE-2-98-408; | 875-VAE-2-98-433; | 875-VAE-2-98-450; | 875-VAE-2-98-451; | 875-VAE-2-98-470; | 875-VAE-2-98-503; |
| 875-VAE-2-98-506; | 875-VAE-2-98-517; | 875-VAE-2-98-522; | 875-VAE-2-98-523; | 875-VAE-2-98-542; | 875-VAE-2-98-559; |
| 875-VAE-2-98-562; | 875-VAE-2-98-570; | 875-VAE-2-98-577; | 875-VAE-2-98-578; | 875-VAE-2-98-579; | 875-VAE-2-98-580; |
| 875-VAE-2-98-581; | 875-VAE-2-98-584; | 875-VAE-2-98-612; | 875-VAE-2-98-618; | 875-VAE-2-98-619; | 875-VAE-2-98-621; |
| 875-VAE-2-98-624; | 875-VAE-2-98-688; | 875-VAE-2-98-709; | 875-VAE-2-98-732; | 875-VAE-2-98-745; | 875-VAE-2-98-876; |
| 875-VAE-2-98-895; | 875-VAE-2-98-896; | 875-VAE-2-98-942; | 875-VAW-7-91-5014; | 875-VI-1-88-311; | 875-VI-1-88-346; |
| 875-VI-1-88-372; | 875-VI-1-90-308; | 875-VI-1-91-136; | 875-VI-1-91-201; | 875-VI-2-88-304; | 875-VI-2-88-305; |
| 875-VI-2-88-306; | 875-VI-2-90-60; | 875-VI-2-90-125; | 875-VI-2-90-155; | 875-VI-2-90-167; | 875-VI-2-90-169; |
| 875-VI-2-90-173; | 875-VT-2-97-71; | 875-WAW-2-90-383; | 875-WAW-2-91-1226; | 875-WAW-2-91-1303; | 875-WAW-2-94-91; |
| 875-WAW-2-96-657; | 875-WVS-3-89-1268; | 875-WVS-3-89-1281; | 875-WVS-3-90-1131; | 875-WY-1-99-1027; | 875-WY-2-91-123 |

NOTE: The civil actions listed are from ALL FILED litigations in CMS and reflect the date on which the report was run.
Cases enclosed in brackets {} signify either a closed case or a case in which the selected individual has been dismissed.